NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

GREENBERG TRAURIG, LLP
GINGER H. PIGOTT (SBN 162908)
DENISE M. HARLE (SBN 275561)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
E-Mail: pigottg@gtlaw.com / harled@gtlaw.com
Tel.: 310.586.7700 / Fax: 310.586.7800

ATTORNEY(S) FOR: Defendant Medtronic, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CHAMPION,

Plaintiff(s),

v.

MEDTRONIC, INC., MEDTRONIC MINIMED, INC.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Medtronic, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Champion | Plaintiff |
| Medtronic, Inc. | Defendant |
| Medtronic MiniMed, Inc. | Defendant |

September 12, 2014                    /s/ Ginger Pigott
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Medtronic, Inc.

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES