1  GREENBERG TRAURIG, LLP
   GINGER H. PIGOTT  (SBN 162908)
2  DENISE HARLE (SBN 275561)
   1840 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Telephone: (310) 586-7700
4  Facsimile:  (310) 586-7800
   Email:  pigottg@gtlaw.com / harled@gtlaw.com
5  Attorneys for Defendant
   Medtronic, Inc.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11

12 | MICHAEL CHAMPION, | CASE NO. BC 556106 |
|---|---|
13 | Plaintiff, | **DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT** |
14 | vs. | **[FED. R. CIV. P. 7.1]** |
15 | MEDTRONIC, INC., MEDTRONIC MINIMED, INC., and DOES 1 through 10, and each of them, | |
16 | | Complaint Filed:    Sep. 3, 2014 |
17 | Defendants. | |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Medtronic, Inc. ("Defendant") makes the following disclosures: Defendant certifies that it is a publicly held corporation organized under the laws of the State of Minnesota, that it has no parent corporation, and that there is no publicly held corporation that owns 10 percent or more of its stock.

DATED: September 12, 2014          GREENBERG TRAURIG, LLP


By   /s/ Ginger Pigott
         Ginger H. Pigott
         Denise M. Harle
    Attorneys for Defendant Medtronic, Inc.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT