1  GREENBERG TRAURIG, LLP
   GINGER H. PIGOTT  (SBN 162908)
2  DENISE HARLE (SBN 275561)
3  1840 Century Park East, Suite 1900
   Los Angeles, California 90067
4  Telephone: (310) 586-7700
   Facsimile:  (310) 586-7800
5  Email:  pigottg@gtlaw.com / harled@gtlaw.com
6  Attorneys for Defendants
   MEDTRONIC, INC., MEDTRONIC MINIMED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHAMPION,<br><br>           Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC MINIMED, INC., and DOES 1 through 10, and each of them,<br><br>           Defendants. | CASE NO.<br><br>PROOF OF SERVICE<br><br>Complaint Filed:   Sep. 3, 2014 |

PROOF OF SERVICE
LA 131613711v1

PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, CA 90067-2121.

On September 12, 2014, I served the following documents:

- **NOTICE OF REMOVAL BY DEFENDANT MEDTRONIC, INC. UNDER 28 U.S.C. § 1332, 1441 AND 1446**

- **CIVIL COVER SHEET (CV-71)**

- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CV-30)**

- **DEFENDANT, MEDTRONIC INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

on the interested party in this action by placing a true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Kristy M. Arevalo, Esq.
McCune Wright LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Tel.:  909.557.1250
Fax:  909.557.1275
*Attorneys for Plaintiff*

☒ (BY OVERNIGHT DELIVERY)
I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

-1-

PROOF OF SERVICE

LA 131617441v1

☒ (FEDERAL)   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 12, 2014, at Los Angeles, California.

/s/ Cynthia Aros